UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/09
```

------------------------------------------------------------x

FOX NEWS NETWORK,

          Plaintiffs,

  -against-

UNITED STATES DEPARTMENT of the
TREASURY,

          Defendants.

------------------------------------------------------------x

08 Civ. 11009 (RJH)

**ORDER**

On May 01, 2009, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. The parties to meet and confer on disputes regarding the Vaughn Index by 05/15/09.

2. Defendants to file supporting papers by 06/15/09.

3. Plaintiff to file opposition by 07/15/09.

4. Defendants to file reply by 07/29/09.

**SO ORDERED.**
Dated: New York, New York
      May 26, 2009

_____
**Richard J. Holwell**
**United States District Judge**